**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHN McGEE, | No. C 12-4286 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND** |
| v. | |
| COUNTY OF ALAMEDA; GREGORY J. AHERN; and DOES 1-50, | |
| Defendants. / | |

On November 9, 2012, defendants filed a motion to dismiss various claims in plaintiffs' complaint. Plaintiff has filed a statement of non-opposition to the motion to dismiss. Accordingly, the Court hereby GRANTS the motion, with leave to amend. Any amended complaint must be filed with the Court **no later than January 7, 2013**.

**IT IS SO ORDERED.**

Dated: December 13, 2012

SUSAN ILLSTON
United States District Judge