**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHN McGEE,<br><br>     Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN; and DOES 1-50,<br><br>     Defendants.<br>                                                           / | No. C 12-4286 SI<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND** |

On November 9, 2012, defendants filed a motion to dismiss various claims in plaintiffs' complaint. Plaintiff has filed a statement of non-opposition to the motion to dismiss. Accordingly, the Court hereby GRANTS the motion, with leave to amend. Any amended complaint must be filed with the Court **no later than January 7, 2013**.

**IT IS SO ORDERED.**

Dated: December 13, 2012

SUSAN ILLSTON
United States District Judge