IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHN MCGEE, | No. C 12-04286 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 21, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 13, 2014</u>.

DESIGNATION OF EXPERTS: <u>1/27/14</u>; REBUTTAL: <u>2/17/14</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>3/21/14</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 11, 2014</u>;

Opp. Due <u>April 25, 2014</u>; Reply Due <u>May 2, 2014</u>;

and set for hearing no later than <u>May 16, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 2, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 15, 2014</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff has been granted 120 days to file an Amended Complaint that names the DOE defendants.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 21/4/13

SUSAN ILLSTON
United States District Judge