UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAHN MCGEE, et al.,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 12-cv-04286-JST

**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 16

A hearing on Defendants' motion to dismiss is scheduled for May 9, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. The motion is now under submission. The case management conference scheduled for July 3, 2013, is CONTINUED to August 7, 2013.

**IT IS SO ORDERED**.

Dated: May 2, 2013

                                JON S. TIGAR
                              United States District Judge