1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7   JAHN MCGEE, et al.,                      Case No.  12-cv-04286-JST
                    Plaintiffs,
8
9            v.                              **ORDER VACATING HEARING AND**
                                             **CONTINUING CASE MANAGEMENT**
    COUNTY OF ALAMEDA, et al.,               **CONFERENCE**
10
                    Defendants.              Re: Dkt. No. 16
11
12
13        A hearing on Defendants' motion to dismiss is scheduled for May 9, 2013.  As the motion
14  is suitable for determination without oral argument, the hearing is VACATED.  The motion is now
15  under submission.  The case management conference scheduled for July 3, 2013, is CONTINUED
16  to August 7, 2013.
17        **IT IS SO ORDERED**.
18  Dated: May 2, 2013
19                                          _____
20                                                      JON S. TIGAR
                                                 United States District Judge
21
22
23
24
25
26
27
28

United States District Court
Northern District of California