1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    JAHN MCGEE, et al.,                    Case No.  12-cv-04286-JST

              Plaintiffs,

8

      v.                                    **ORDER TO SHOW CAUSE**
9
                                            Re: ECF No. 34
     COUNTY OF ALAMEDA, et al.,
10
              Defendants.
11

12

13

14        On May 20, 2013, the Court dismissed the only claim in the first amended complaint that

15   Plaintiffs asserted against two named defendants, and it granted Plaintiffs leave to file an amended

16   complaint by June 9, 2013.  ECF No. 34.  As of the date of this order, Plaintiffs have not filed an

17   amended complaint.  The remaining claims in the first amended complaint are asserted against

18   unnamed "Doe" defendants.  Though more than 120 days have passed since Plaintiffs filed the

19   first amended complaint, Plaintiffs have not yet served the "Doe" defendants.[1]  See Fed. R. Civ. P.

20   4(m) (permitting a district court to dismiss a claim if the plaintiff does not serve the defendant

21   within 120 days of the date on which the complaint is filed); see also Hason v. Med. Bd. of Cal.,

22   279 F.3d 1167, 1174 (9th Cir. 2002) (affirming dismissal for failure to prosecute on the ground

23   that the plaintiff failed to serve the defendants within 120 days of filing the complaint).

24        By July 31, 2013, Plaintiffs shall show cause, in writing, why this action should not be

25   dismissed for failure to prosecute.  Alternatively, by July 31, 2013, Plaintiffs may file an amended

26   complaint that cures the deficiencies identified in the order dismissing the claims against the

27

28   ───────────────
     [1] Plaintiffs filed the first amended complaint on January 7, 2013.  ECF No. 15.

United States District Court
Northern District of California

1    named defendants and file a certificate of service with respect to the "Doe" defendants.  A failure

2    to file either a statement in response to this order or an amended complaint and certificate of

3    service will result in the dismissal of this action.

4         **IT IS SO ORDERED**.

5    Dated: June 28, 2013

6                                                    _____
                                                     JON S. TIGAR
7                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2