UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN COPELAND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 12-cv-04286-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 48 |

A hearing on Defendants' motion to dismiss is scheduled for December 5, 2013. See ECF No. 48. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: November 27, 2013

_____
JON S. TIGAR
United States District Judge