United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN COPELAND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 12-cv-04286-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 61 |

A hearing on Defendants' motion to dismiss is scheduled for June 26, 2014. As the motion is suitable for determination without oral argument, the hearing is vacated. The motion is under submission.

**IT IS SO ORDERED.**

Dated: June 23, 2014

_____
JON S. TIGAR
United States District Judge