John L. Burris, State Bar No. 069888
Benjamin Nisenbaum, State Bar No. 222173
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: bnisenbaum@hotmail.com

Attorneys for Plaintiffs

Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PERVOE, individually and as successor in interest to John Wayne McGee, and CAROLYN COPELAND, individually,<br><br>        Plaintiff,<br>v.<br><br>RYAN SWETAVAGE, an individual; MIGUEL IBARRA, an individual; LONALA KAHO'ALI'I, an individual; ANDREA NEDEROSTEK, an individual; TRAVIS HIGGINS, an individual; DEREK MEZA, an individual; CHRISTOPHER HAENDEL, an individual; ALBERTO-ANDRES HOLMES, an individual; JOHN TOWNSLEY, an individual; THOMAS NELSON, an individual; and DOES 1-50, inclusive, in their capacities as Sheriff's Deputies for the COUNTY OF ALAMEDA,<br><br>        Defendants. | CASE NO.:  4:12-cv-04286 JST<br><br>**STIPULATION REGARDING MOTION TO COMPEL DEADLINE;  [PROPOSED] ORDER** |

**STIPULATION**

WHEREAS, the parties have proceeded with conducting discovery in the instant action;

WHEREAS, the parties previously submitted to the Court a Stipulation Regarding ADR, Expert Witness Designations, and Fact Discovery on February 2, 2015, to extend the completion of fact discovery;

WHEREAS, the Court ordered the close of fact discovery extended to March 5, 2015, such that Plaintiffs' should respond to Defendants' contention interrogatories by the close of fact discovery;

WHEREAS, the parties have met and conferred regarding Plaintiffs' discovery responses and Plaintiffs' agreed to supplement their responses, including contention interrogatories responses;

WHEREAS, Plaintiffs' failed to provide supplemental responses to Defendants' contention interrogatories and other fact discovery by March 5, 2015;

WHEREAS, pursuant to Civil L.R. 37-3 Defendants' deadline to file a motion to compel further responses to their discovery requests is March 12, 2015;

WHEREAS, Plaintiffs' counsel has assured Defendants' counsel that Plaintiffs' supplemental discovery responses will be served on March 11, 2015;

WHEREFORE, the parties respectfully request that the Court's scheduling order in this action be modified to allow the Plaintiffs' time to serve supplemental discovery responses and so that Defendants may have sufficient time to review the responses prior to expiration of the motion to compel deadline, by:

///
///
///
///
///
///
///
///

1. Extending the motion to compel deadline to April 2, 2015, such that Plaintiffs can meaningfully respond to Defendants' contention interrogatories and other fact discovery by March 13, 2015.

Respectfully submitted,

Dated: March 11, 2015          **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff

Dated:  March 11, 2015          **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

/s/ Michael Wenzel
Michael Wenzel
Attorney for Defendants

### [PROPOSED] ORDER

**GOOD CAUSE SHOWN,** the Court hereby orders as follows:

1. The motion to compel deadline is hereby extended to April 2, 2015, such that Plaintiffs shall respond to Defendants' contention interrogatories and other discovery by March 13, 2015.

IT IS SO ORDERED.

Dated:  March 11, 2015

IT IS SO ORDERED
Judge Jon S. Tigar