UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN COPELAND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 12-cv-04286-JST   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  April 21, 2015<br>Mediator:  Stephen Liacouras |

IT IS HEREBY ORDERED that the request to excuse named defendant officers Ryan Swetavage, Miguel Ibarra, Lonala Kaho'ali'i, Andrea Nederostek, Travis Higgins, Derek Meza, Christopher Haendel, Alberto-Andres Holmes, John Townsley and Thomas Nelson from participating in the April 21, 2015, mediation before Stephen Liacouras is GRANTED.

**IT IS SO ORDERED**.

Dated: April 13, 2015

Maria-Elena James
United States Magistrate Judge