UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN COPELAND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-04286-JST<br><br>**ORDER TO FILE NOTICE OF SETTLEMENT**<br><br>Re: ECF No. 81 |

The Court has received a Certification of ADR Session dated April 21, 2015, stating that the parties have settled this case fully, conditioned on approval by the County of Alameda Board of Supervisors. ECF No. 81. By May 11, 2015, the parties shall file either a notice of settlement or a request for a case management conference. If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

IT IS SO ORDERED.

Dated: May 4, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge