United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN COPELAND, et al.,

        Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No.  12-cv-04286-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: ECF No. 83

Plaintiffs stated on the record on May 4, 2015, that the parties have settled this action.  See ECF No. 83.  Accordingly, all deadlines and hearings in this case are vacated.  By August 3, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby sets a case management conference on August 19, 2015, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: May 6, 2015

_____
JON S. TIGAR
United States District Judge